IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| LOUIS TOWNSEND, | ) |
| Petitioner, | ) ) ) |
| vs | ) ) CIVIL ACTION NO. 98-N-2894-W |
| STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION, et al., | ) ) ) ) |
| Respondent(s). | ) ) |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on March 22, 1999, recommending that this petition for writ of habeas corpus be dismissed without prejudice to the petitioner's right to later file another petition after the claims have been properly exhausted in the state court system. No objections have been filed. The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to the petitioner's right to later file another petition after the claims have been properly exhausted in the state court system. An appropriate order will be entered.

DONE, this _14th_ day of _April_, 1999.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE